UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| THE NEWSTEAD FIRE CO., INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSHKOSH CORPORATION, PIERCE MANUFACTURING, INC.; REV GROUP, INC.; ROSENBAUER AMERICA LLC; and FIRE APPARATUS MANUFACTURERS' ASSOCIATION,<br><br>Defendants. | Civil No. 1:25-cv-01693-BBC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF THE NEWSTEAD FIRE CO. INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff The Newstead Fire Co. Inc. submits the following disclosure:

Plaintiff The Newstead Fire Co. Inc. has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: November 5, 2025         By  *s/ Shawn M. Raiter*
                                    Shawn M. Raiter (WI # 1022977)
                                    **LARSON · KING, LLP**
                                    30 East Seventh Street
                                    Suite 2800
                                    St. Paul, MN 55101
                                    Telephone: (651)312-6518
                                    sraiter@larsonking.com

Michael J. Flannery
**CUNEO GILBERT & LADUCA, LLP**
2 CityPlace Drive
Second Floor
St. Louis, MO 63141
Telephone: (314) 226-1015
mflannery@cuneolaw.com

Evelyn Riley
Cody McCracken
**CUNEO GILBERT & LADUCA, LLP**
2445 M Street NW
Suite 740
Washington, DC 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

Marco Cercone
**RUPP PFALZGRAF LLC**
1600 Liberty Building
Buffalo, NY 14202
Telephone: (716) 854-3400
cercone@rupppfalzgraf.com

Don Barrett
Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, MS 39095-0927
Telephone: (662) 834-9168
donbarrettpa@gmail.com
saldridge@barrettlawgroup.com

Richard R. Barrett
**LAW OFFICES OF RICHARD R. BARRETT, PLLC**
2086 Old Taylor Road, Suite 1011
Oxford, MS 38655
Telephone: (662) 380-5018
rrb@rrblawfirm.net

Patrick W. Pendley
Christopher L. Coffin
**PENDLEY BAUDIN COFFIN**
24110 Eden Street
Plaquemine, LA 70765
Telephone: (225) 687-6396
pwpendley@pbclawfirm.com
ccoffin@pbclawfirm.com

*Counsel for Plaintiff and the Proposed Class*